**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JEFF SENTER, | ) | Case No 1:12-cv-2836 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| | ) | |
| AUDBON FINANCIAL BUREAU, LLC, | ) | |
| | ) | **PLAINTIFF'S MOTION FOR** |
| Defendant. | ) | **DEFAULT JUDGMENT** |

Now comes the Plaintiff, JEFF SENTER, by and through his attorneys, Luxenburg & Levin, LLC, and respectfully requests this Honorable Court enter a default judgment against the Defendant, AUDUBON FINANCIAL BUREAU, LLC, for its failure to defend itself in this action after having been served with the Summons and Complaint. In support thereof, Plaintiff refers the Court to the attached Memorandum in Support of this Motion.

WHEREFORE, Plaintiff, JEFF SENTER, by and through his attorneys, prays for a judgment against Defendant, AUDUBON FINANCIAL BUREAU, LLC as follows:

| | | |
|---|---|---|
| a. | FDCPA Statutory Damages | $1,000.00 |
| b. | OCSPA Statutory Damages | $ 200.00 |
| c. | Attorneys' Fees | $2,087.50 |
| d. | Court Costs | $ 350.00 |
| | TOTAL | $3,637.50 |

Respectfully Submitted,

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (0071239)
David B. Levin (0059340)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park, Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 1, 2013, a copy of the foregoing Motion for Default Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (0071239)
David B. Levin (0059340)
Attorneys for Plaintiff